

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00971-CV

**IN THE INTEREST OF X.I.H.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-01004
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford to pay court costs; no costs are taxed in this appeal.

SIGNED March 6, 2024.

_____
Patricia O. Alvarez, Justice